UNITED STATES COURT OF INTERNATIONAL TRADE    FORM 7A

Risen Solar Technology Sdn. Bhd.

                                    Plaintiff,

    v.                                                          Court No. 23-00194

United States

                                    Defendant.

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: 10/18/2023

/s/ Gregory S. Menegaz
Attorney for Plaintiff

1156 Fifteeenth Street NW, Suite 1101
Street Address

Washington, DC 20005
City, State and Zip Code

(202) 783-6900
Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: _____    Clerk, U. S. Court of International Trade

By: _____
Deputy Clerk